UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD COHAN,

        Plaintiff,                            Case No. 19-10786

vs.                                        HON. MARK A. GOLDSMITH

GENJI NOVI, INC.,

        Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

The Court, having been advised that this matter has settled (Dkt. 36), dismisses the case with prejudice, subject to reopening on or before March 23, 2020 if the settlement is not consummated, or if the parties stipulate to some other order of dismissal.

SO ORDERED.

Dated: February 21, 2020                      s/Mark A. Goldsmith
      Detroit, Michigan                  MARK A. GOLDSMITH
                                                United States District Judge